IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD C. KELLEY, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-04-1851 |
| | : | |
| | : | (Judge Jones) |
| SCI FRACKVILLE | : | |
|  ADMINISTRATORS, ET AL, | : | |
|     Defendants | : | |

## **ORDER**

August 15, 2005

**Background**

    This pro se civil rights action was initiated by Edward C. Kelley ("Plaintiff" or "Kelley"), an inmate presently confined at the State Correctional Institution, in Frackville, Pennsylvania ("SCI-Frackville"). Service of the complaint was previously ordered.

    Presently pending before the Court is the Plaintiff's motion requesting that SCI-Frackville and the Pennsylvania Department of Corrections ("DOC") be abolished. See Rec. Doc. 34. Kelley generally contends that because both the DOC and SCI-Frackville are unconstitutional, they should be abolished. Since Plaintiff's motion utterly lacks any factual or legal authority in support of his request for extraordinary relief, it will be denied as meritless.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Plaintiff's motion requesting that SCI-Frackville and the DOC be abolished (doc. 34) is denied.

<u>s/ John E. Jones III</u>
JOHN E. JONES III
United States District Judge